STATE of Missouri, Respondent,

v.

Timothy NORMAN, Appellant.

No. WD 36119.

Missouri Court of Appeals,
Western District.

April 9, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
May 28, 1985.

Application to Transfer Denied
June 25, 1985.

James W. Fletcher, Public Defender,
David S. Durbin, Asst. Public Defender,
Kansas City, for appellant.

William L. Webster, Atty. Gen., Mark A.
Richardson, Asst. Atty. Gen., Jefferson
City, for respondent.

Before TURNAGE, C.J., and SOMER-
VILLE and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from jury conviction for assault,
first degree, in violation of § 565.050,
RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).